IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DAVID E. WILLIAMS – SMITH, ET AL § | |
| § | |
| **Plaintiff** § | |
| § | |
| VS. § | Civil Action No. 3:10-CV-00590 |
| § | |
| DESIGNERS EDGE, INC. AND HOME § | |
| DEPOT, U.S.A., INC. § | JURY TRIAL DEMANDED |
| § | |
| **Defendants** § | |

## ORDER DENYING THERMAL POLYMER SYSTEM, LC'S
## MOTION FOR LEAVE TO FILE OBJECTIONS TO SUBPOENA DUCES TECUM

Came on to be heard Thermal Polymer System, LC's Motion for Leave to File Objections to Subpoena Duces Tecum, and the Court, after reviewing Defendant Designers Edge, Inc.'s Response, is of the opinion that the Motion should be denied as moot.

IT IS THEREFORE ORDERED that Thermal Polymer System, LC's Motion for Leave to File Objections to Subpoena Duces Tecum is hereby DENIED as moot.

SIGNED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE